1   EILEEN M. DECKER
2   United States Attorney
    LEON W. WEIDMAN
3   Assistant United States Attorney
4   Chief, Civil Division
    JENNIFER LEE TARN, CBSN 240609
5   Special Assistant United States Attorney
6   Social Security Administration
7   1600 Spear Street, 8th Floor
    San Francisco, California 94105
8   Telephone: (415) 977-8825
9   Facsimile: (415) 744-0134
    E-mail: Jennifer.Tarn@ssa.gov
10  Attorneys for Defendant
11

12                  **UNITED STATES DISTRICT COURT**
                    **CENTRAL DISTRICT OF CALIFORNIA**
13                        **EASTERN DIVISION**
14

15  MARY JO ALLEN COBB,                )  Case No.: 5:14-cv-01971-CJC-JPR
                                       )
16              Plaintiff,             )  **JUDGMENT OF REMAND**
                                       )
17      vs.                            )
                                       )
18  CAROLYN W. COLVIN,                 )
    Acting Commissioner,               )
19  Social Security Administration,    )
                                       )
20              Defendant.             )
                                       )
21

22      The Court having approved the parties' stipulation to remand this case
23  pursuant to Sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent
    with that stipulation and for entry of judgment for Plaintiff, judgment is hereby
24  entered for Plaintiff.
25
26  DATED: July 29, 2015      _____
27                            HONORABLE JEAN P. ROSENBLUTH
                              UNITED STATES MAGISTRATE JUDGE
28

                                    1